B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re  **Billy Joe Dixon**
       **Crystal Renee Dixon**
                          Debtor(s)

Case No.
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:** <br> **Capital One Retail Svs.** | **Describe Property Securing Debt:** <br> **ATV** |
|---|---|

Property will be (check one):
  ■ Surrendered                       ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐ Claimed as Exempt                 ■ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** <br> **Fort Knox Federal Credit Union** | **Describe Property Securing Debt:** <br> **2008 Dodge Ram (173,000 miles)** <br> ***VIN-3D7KS28A58G144894/Tag-516REB*** |
|---|---|

Property will be (check one):
  ☐ Surrendered                       ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other.  Explain  **Retain Collateral/Continue to Make Regular Payments**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                 ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                              Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:** <br> **PennyMac** | **Describe Property Securing Debt:** <br> House and 8 Acres of land located at 1386 Little Valley Road, Maynardville TN |
| Property will be (check one): <br> ☐ Surrendered     ■ Retained <br> If retaining the property, I intend to (check at least one): <br> ☐ Redeem the property <br> ■ Reaffirm the debt <br> ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)). <br><br> Property is (check one): <br> ■ Claimed as Exempt                              ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> **-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES     ☐ NO |

B8 (Form 8) (12/08) Page 3

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

| | | | |
|---|---|---|---|
| Date | **11/20/2015** | Signature | **/s/ Billy Joe Dixon** |
| | | | **Billy Joe Dixon** |
| | | | Debtor |
| Date | **11/20/2015** | Signature | **/s/ Crystal Renee Dixon** |
| | | | **Crystal Renee Dixon** |
| | | | Joint Debtor |